

EXHIBIT C-1



